938 P.2d 1110

STATE of Arizona

v.

Anthony Steven GEOTIS.

No. CR–97–0134–PR.

Supreme Court of Arizona.

May 20, 1997.

ORDERED: Petition for Review by the Supreme Court—DENIED.

938 P.2d 1110

STATE of Arizona

v.

Freddie Michael SOLANO.

No. CR–97–0087–PR.

Supreme Court of Arizona.

May 20, 1997.

ORDERED: Petition for Review—DE-NIED.